

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:12-00004 |
| | ) | JUDGE SHARP |
| JERMAINE PHILLIPS | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO SUPPRESS FRUITS OF TRAFFIC STOP

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests an extension of time in which to file its response to defendant's Motion to Suppress Fruits of Traffic Stop (D.E. 23). Government's response is due to be filed June 19, 2012. The undersigned AUSA is experiencing an unexpected family emergency and is absent from the office. Government has spoken to defense counsel and he does not object to the government's request for a 7 day extension. Therefore, the government requests an extension of time of 7 days to properly address the issues in defendant's motion and to file its response.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By: s/ Sandra G. Moses
SANDRA G. MOSES
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615)736-5151