UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2-12-00004 |
| ) | JUDGE SHARP |
| JERMAINE S. PHILLIPS ) | |

## **O R D E R**

Pending before the Court is Government's Motion Continue Suppression Hearing (Docket No. 34) to which there is no opposition.

The motion is GRANTED and the Suppression Hearing set for August 23, 2012 is hereby rescheduled for September 7, 2012 at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE