UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2-12-00004 |
| ) | JUDGE SHARP |
| JERMAINE S. PHILLIPS ) | |

**O R D E R**

Pending before the Court is Defendant's Agreed Motion to Set for Plea Hearing (Docket No. 49).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, February 12, 2013 at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE