## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 2:12-00004** |
| **v.** | ) | |
| | ) | **Judge Sharp** |
| **JERMAINE S. PHILLIPS** | ) | |
| | ) | |

## <u>ORDER</u>

For the reasons explained in the Memorandum issued contemporaneously herewith,

Defendant's *Motion for Release Pending Appeal* (Docket Entry No. 67) is hereby DENIED.

It is so **ORDERED**.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE